**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-cr-20017-ALTMAN**

**UNITED STATES OF AMERICA**,

*v.*

**KERLEY JEAN**,

    *Defendant.*

_____/

## ORDER

Our Defendant, Kerley Jean, has filed an Unopposed Motion for Reduction of Sentence (the "Motion") [ECF No. 56] pursuant to 18 U.S.C. § 3582(c)(2) and Part A of Amendment 821 to the United States Sentencing Guidelines (the "Guidelines"). After careful review, we **GRANT** the Motion.

In 2022, Jean pled guilty to "knowingly possessing a firearm as a convicted felon, in violation of 18 U.S.C. § 922(g)(1)." Mot. at 1. At the time, Jean faced a sentencing range of "92 to 115 months' imprisonment" under the then-applicable Guidelines and ultimately received a lower-end sentence of 92 months. *Ibid.* In the wake of recent changes to the Guidelines, Jean now seeks to reduce his sentence to 84 months. *See id.* at 1–2 (explaining that "the Sentencing Commission altered the assignment of 'status points' such that a maximum of only one point may apply," retroactively updating Jean's "guideline range" to "84 to 105 months"). The Government "does not object to that request." Response to Motion for Sentence Reduction [ECF No. 60] at 2; *see also ibid.* ("[W]ith 12 total criminal history points and a criminal history category of V, Defendant's updated guideline range is 84 to 105 months' imprisonment.").

Accordingly, we **ORDER and ADJUDGE** that the Defendant's Motion to Reduce Sentence [ECF No. 56] is **GRANTED**. The Defendant's sentence is reduced to a term of 84 months' imprisonment. All other terms of the Judgment [ECF No. 47] remain unchanged.

**DONE AND ORDERED** in the Southern District of Florida on May 5, 2026.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record